WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
David L. Chaffin, Esq., SBN 258459
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Randall/Federal/[Proposed] OrderMTD)*
Telephone: (949) 477-5050; Facsimile: (949) 477-9200

Attorneys for Defendant,
WELLS FARGO BANK N.A., d/b/a WELLS FARGO HOME MORTGAGE

**JS-6**

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. RANDALL,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK N.A., d/b/a WELLS FARGO HOME MORTGAGE;, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC as TRUSTEE and DOES 1 through 50 inclusive,<br><br>    Defendants. | Case No: EDCV11-1616 R(DTBx)<br><br>**ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: November 21, 2011<br>Time: 2:00 p.m.<br>Ctrm.: 2 |

  On November 21, 2011 at 2:00 p.m. or shortly thereafter, in Courtroom 2 of the above-described Court, came before the Court the regularly scheduled hearing on the Motion to Dismiss of Defendant WELLS FARGO BANK N.A., d/b/a WELLS FARGO HOME MORTGAGE ("Wells Fargo" or "Defendant").

1  Upon consideration of all the written submissions and any oral arguments
2  regarding the aforementioned Motions, **THE COURT ORDERS AS**
3  **FOLLOWS:**
4  1.  Defendant's Motion to Dismiss the All Cause of Action to the
5  Complaint of Plaintiff, MICHAEL J. RANDALL ("Plaintiff"), pursuant to *Federal*
6  *Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED WITH PREJUDICE since
7  that cause of action fails to state a claim upon which relief can be granted.
8  **IT IS SO ORDERED.**

10  Date: December 1, 2011
11  The Honorable US District Judge